# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOVORR FLETCHER,** | ] |
| Plaintiff, | ] |
| v. | ] Case No. 2:19-cv-00203-ACA-HNJ |
| **CFS PENNY EMMONS, et al.,** | ] |
| Defendants. | ] |

## ORDER

The magistrate judge filed a report on February 11, 2019, recommending this action be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a). (Doc. 2). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Alabama for further proceedings.

**DONE** and **ORDERED** this March 7, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE